In the United States District Court
The Western District of Oklahoma

Celestine, Tyrell Duvon Pro Se
  Plaintiff

vs.

State of Oklahoma; City of
Stillwater, Payne County Sheriff,
Stillwater Police Dept, Payne County
Jail, Turn Key Health et, al
  Defendant

Case # CIV-16-635-M

## 42 U.S.C. 1983
## Constitutional and Civil Rights Violation

Comes now the Plaintiff Tyrell Duvon Celestine pro se asks this Court to hear said action to witt: 42 § U.S.C 1983 Civil and Constitutional Rights Violation. The Plaintiff further states that the Defendants acting under color of law did violate Plaintiff 4th 5th 6th 7th 8th 9th and 10th Amendment Rights and Civil Rights; Oklahoma Constitutional and Civil Rights. On or about April 3rd 2016 the Defendants willfully, knowingly, wrongfully and unlawfully violated Plaintiff Constitutional and Civil Rights. By and unlawful Arrest and Seizure of said Plaintiff Person; By Assaulting said Plaintiff use of Excessive Force; Police Brutality, all in violation of Oklahoma Constitution and Civil Rights compounded by Federal Civil and Constitutional Rights Violation's by said Agent's of the Defendants. The Plaintiff further states that Defendants abused their discretion and a total reach in the abuse of Power. The Plaintiff



FURTHER PRAY'S THAT THIS HONORABLE COURT RIGOR AND GRANT SAID ACTION. IT IS SO PRAYED

Respectfully
TYRELL DUVON CELESTINE Pro Se
*Tyrell Duvonn Celestine*